

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00146-CR

LESLEY PAUL GRIFFIN III, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2021F00172

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

On February 4, 2022, Appellant, Lesley Paul Griffin III, pled guilty to possession of a controlled substance in a correctional facility. *See* TEX. PENAL CODE ANN. § 38.11(g) (Supp.). He received deferred adjudication and was placed on community supervision for ten years. On July 17, 2024, the State filed an amended motion to adjudicate, alleging Griffin violated various terms of his community supervision. After a hearing on the motion, the trial court revoked Griffin's community supervision, adjudicated his guilt, and sentenced him to fifteen years' incarceration. Via a single, consolidated brief, Griffin appeals the trial court's revocation, arguing that "[a] sentencing court cannot properly revoke a defendant's community supervision for failure to pay a fine and make restitution, absent evidence and findings that he was somehow responsible."[1]

We addressed Griffin's argument in detail in our opinion addressing his appeal in cause number 06-24-00144-CR, and we apply the same legal standard and analysis here as we did in the companion case. Because Griffin failed to challenge all findings in support of the trial courts' revocation, we overrule his sole issue on appeal.

---

[1]In companion cause number 06-24-00144-CR, Griffin appeals from the trial court's revocation of community supervision and adjudication of guilt for criminal mischief of $2,500.00 or more but less than $30,000.00. In companion cause number 06-24-00145-CR, Griffin also appeals from the trial court's revocation of community supervision and adjudication of guilt for evading arrest with a motor vehicle.

We affirm the trial court's judgment.

Jeff Rambin
Justice

Date Submitted:     May 21, 2025
Date Decided:       May 22, 2025

Do Not Publish